AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

SALLY A. DRAY,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,      CASE NO.  C2-09-420
COMMISSIONER OF SOCIAL    JUDGE EDMUND A. SARGUS, JR.
SECURITY,      MAGISTRATE JUDGE NORAH MCCANN KING

      Defendant.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed August 27, 2010, JUDGMENT is hereby entered DISMISSING this action.

Date: August 27, 2010      JAMES BONINI, CLERK

      /S/ Andy F. Quisumbing
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk